# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| JOSHUA MICHAEL HAVENS | CIVIL ACTION NO. 23-1245 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| MOREHOUSE PARISH SHERIFF'S OFFICE, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joshua Michael Havens' excessive force claims are **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 17th day of January 2024.


**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**